HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
KENLEY BLACK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-062 JAM |
|---|---|---|
| Plaintiff, | ) ) ) | WAIVER OF PERSONAL APPEARANCE; ORDER |
| v. | ) ) | Judge:  Hon. John A. Mendez |
| KENLEY BLACK | ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant , KENLEY BLACK, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

Waiver of Appearance                                            -1-

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: April 8, 2016

                                                 */s/ Kenley Black*
                                                 KENLEY BLACK
                                                 Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated: April 15, 2016

                                                 */s/ Sean Riordan*
                                                 SEAN RIORDAN
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 KENLEY BLACK

IT IS SO ORDERED.

Dated: April 15, 2016

                                                 /s/ John A. Mendez
                                                 HON. JOHN A. MENDEZ
                                                 United States District Court Judge