| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | SEAN RIORDAN, #255752 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
KENLEY BLACK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-062 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| v. | |
| KENLEY BLACK | Date: December 6, 2016 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Kenley Black, that the status conference scheduled for December 6, 2016 be vacated and continued to January 17, 2017 at 9:15 a.m.

Defense counsel for Mr. Black requires additional time to review the discovery, to conduct additional investigation and legal research, and to confer with his client about how to proceed in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of November 29, 2016, the date of the parties' stipulation, through and including January 17, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1 | DATED: November 29, 2016

2 |         Respectfully submitted,

3 |         HEATHER E. WILLIAMS
        Federal Defender

4 |

5 |         */s/ Sean Riordan*
        SEAN RIORDAN

6 |         Assistant Federal Defender
        Attorney for KENLEY BLACK

7 |

8 | DATED: November 29, 2016    PHILLIP A. TALBERT
        Acting United States Attorney

9 |

10 |         */s/ Justin Lee*
        JUSTIN LEE

11 |         Assistant U.S. Attorney
        Attorney for Plaintiff

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, November 29, 2016, up to and including January 17, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the December 6, 2016 status conference shall be continued until January 17, 2017, at 9:15 a.m.

Dated:  November 29, 2016         /s/ John A. Mendez
                                  HON. JOHN A. MENDEZ
                                  United States District Court Judge