HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
KENLEY BLACK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>KENLEY BLACK,<br><br>         Defendant. | Case No. 2:16-cr-062 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME<br><br>Date: January 17, 2017<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Kenley Black, that the status conference scheduled for January 17, 2017 be vacated and continued to March 7, 2017 at 9:15 a.m.

Defense counsel for Mr. Black requires additional time to review the discovery, to conduct additional investigation and legal research, and to confer with his client about how to proceed in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of January 12, 2017, the date of the parties' stipulation, through and including March 7, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1 | DATED: January 12, 2017

2 | Respectfully submitted,

3 | HEATHER E. WILLIAMS
Federal Defender

4 |

5 | */s/ Sean Riordan*
SEAN RIORDAN
6 | Assistant Federal Defender
Attorney for KENLEY BLACK

7 |

8 | DATED: January 12, 2017    PHILLIP A. TALBERT
United States Attorney
9 |

10 | */s/ Justin Lee*
JUSTIN LEE
11 | Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, January 12, 2017, up to and including March 7, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 17, 2017 status conference shall be continued until March 7, 2017, at 9:15 a.m.

Dated:  January 12, 2017         /s/ John A. Mendez_____
                                 HON. JOHN A. MENDEZ
                                 United States District Court Judge