HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
KENLEY BLACK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-062 JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| v. | ) ) | |
| KENLEY BLACK | ) ) | Date: March 7, 2017 Time: 9:15 a.m. |
| Defendant. | ) ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Kenley Black, that the status conference scheduled for March 7, 2017 be vacated and continued to April 4, 2017 at 9:15 a.m.

Defense counsel for Mr. Black requires additional time to review the discovery, to conduct additional investigation and legal research, and to confer with his client about how to proceed in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of March 6, 2017, the date of the parties' stipulation, through and including April 4, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and [Proposed] Order to Continue Status Conference     -1-

1   DATED: March 6, 2017

2                                          Respectfully submitted,

3                                          HEATHER E. WILLIAMS
                                           Federal Defender
4

5                                          */s/ Sean Riordan*
                                           SEAN RIORDAN
6                                          Assistant Federal Defender
                                           Attorney for KENLEY BLACK
7

8   DATED: March 6, 2017                   PHILLIP A. TALBERT
                                           United States Attorney
9

10                                         */s/ Justin Lee*
                                           JUSTIN LEE
11                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, March 6, 2017, up to and including April 4, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 7, 2017 status conference shall be continued until April 4, 2017, at 9:15 a.m.

Dated:  March 6, 2017         /s/ John a. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Court Judge