1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  SEAN RIORDAN, #255752
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   KENLEY BLACK
6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

   UNITED STATES OF AMERICA,        ) Case No. 2:16-cr-062 JAM
10                                  )
                  Plaintiff,        ) STIPULATION AND ORDER TO CONTINUE
11                                  ) STATUS CONFERENCE, AND TO EXCLUDE
        v.                          ) TIME
12                                  )
   KENLEY BLACK                     ) Date:  July 25, 2017
13                                  ) Time:  9:15 a.m.
                  Defendant.        ) Judge: Hon. John A. Mendez
14                                  )

15      IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

16 Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and

17 Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney

18 for Kenley Black, that the status conference scheduled for July 25, 2017 be vacated and

19 continued to September 12, 2017 at 9:15 a.m.

20      Defense counsel for Mr. Black requires additional time to conduct investigation and legal

21 research, and to confer with his client about how to proceed in this case.

22      Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

23 excluded as of July 24, 2017, the date of the parties' stipulation, through and including

24 September 12, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to

25 prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense

26 preparation.

27

28

Stipulation and [Proposed] Order to Continue        -1-
Status Conference

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 24, 2017 | Respectfully submitted, |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | | */s/ Sean Riordan*<br>SEAN RIORDAN |
| 6 | | Assistant Federal Defender<br>Attorney for KENLEY BLACK |
| 7 | | |
| 8 | DATED: July 24, 2017 | PHILLIP A. TALBERT |
| 9 | | United States Attorney |
| 10 | | */s/ Justin Lee* |
| 11 | | JUSTIN LEE<br>Assistant U.S. Attorney |
| 12 | | Attorney for Plaintiff |

1  ORDER

2  IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, July 24, 2017, up to and including September 12, 2017 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 25, 2017 status conference shall be continued until September 12, 2017, at 9:15 a.m.

Dated:  July 24, 2017            /s/ John A. Mendez
                                  HON. JOHN A. MENDEZ
                                  United States District Court Judge