| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | SEAN RIORDAN, #255752 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | KENLEY BLACK |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-062 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE, AND TO EXCLUDE |
| v. | ) | TIME |
| | ) | |
| KENLEY BLACK | ) | Date: September 12, 2017 |
| | ) | Time: 9:15 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorneys for Kenley Black, that the status conference scheduled for September 12, 2017 be vacated and continued to October 24, 2017 at 9:15 a.m.

Defense counsel for Mr. Black requires additional time to conduct investigation and legal research, and to confer with his client about how to proceed in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of September 8, 2017, the date of the parties' stipulation, through and including October 24, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and [Proposed] Order to Continue Status Conference -1-

| | | |
|---|---|---|
| 1 | DATED: September 8, 2017 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | | */s/ Sean Riordan*<br>SEAN RIORDAN |
| 5 | | Assistant Federal Defender<br>Attorney for KENLEY BLACK |
| 6 | | |
| 7 | DATED: September 8, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Justin Lee*<br>JUSTIN LEE |
| 10 | | Assistant United States Attorney<br>Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, September 8, 2017, up to and including October 24, 2017 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 12, 2017 status conference shall be continued until October 24, 2017, at 9:15 a.m.

Dated: September 8, 2017 /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge