| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | SEAN RIORDAN, #255752 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | KENLEY BLACK |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-062 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| v. | |
| KENLEY BLACK | Date: January 16, 2018 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor Scott, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorneys for Kenley Black, that the status conference scheduled for January 16, 2018 be vacated and continued to January 30, 2018 at 9:15 a.m.

Defense counsel for Mr. Black requires additional time to conduct investigation and legal research, and to confer with his client about how to proceed in this case, particularly in light of Mr. Black's recent remand to pre-trial custody and the disclosure of approximately 1,300 pages of additional discovery that the defense received in November 2017.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of January 11, 2018, the date of the parties' stipulation, through and including January 30, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and [Proposed] Order to Continue Status Conference -1-

| | | |
|---|---|---|
| DATED: January 11, 2018 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Sean Riordan*<br>SEAN RIORDAN<br>Assistant Federal Defender<br>Attorney for KENLEY BLACK |
| DATED: January 11, 2018 | | MCGREGOR SCOTT<br>United States Attorney |
| | | */s/ Justin Lee*<br>JUSTIN LEE<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, January 11, 2018, up to and including January 30, 2018 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 16, 2018 status conference shall be continued until January 30, 2018, at 9:15 a.m.

Dated: January 11, 2018          /s/ John A. Mendez_____
                                  HON. JOHN A. MENDEZ
                                  United States District Court Judge