FILED
March 22, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:16-CR-00062-JAM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| KENELY BLACK, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>K ENLEY BLACK</u>, Case No. <u>2:16-CR-00062-JAM</u>, Charge <u>18 USC § 3148(b)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    \_\_ Bail Posted in the Sum of $\_\_

        \_\_ Unsecured Appearance Bond

        \_\_ Appearance Bond with 10% Deposit

        \_\_ Appearance Bond with Surety

        \_\_ Corporate Surety Bail Bond

    ✔ (Other) <u>With pretrial supervison and conditions of pretrial release as stated on the record in open court. Defendant shall be released by USM on 3/23/2018 to Pretrial Services for arrangements for transportation.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 22, 2018</u> at <u>2:40</u> <u>pm</u>.

By /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge