HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
KENLEY BLACK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-062 JAM |
| Plaintiff, | STIPULATION AND ORDER TO VACATE THE TRIAL CONFIRMATION HEARING AND JURY TRIAL AND SET A STATUS CONFERENCE, AND TO EXCLUDE TIME |
| v. | |
| KENLEY BLACK | |
| Defendant. | Date: August 21, 2018<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Linda C. Allison, attorneys for Kenley Black, that the trial confirmation hearing set for August 21, 2018 and the jury trial set for October 15 be vacated and a status conference be scheduled for October 30, 2018 at 9:15 a.m.

Assistant Federal Defender Sean Riordan previously represented Mr. Black and is no longer employed with the Federal Defenders Office. He left our office in July of 2018. Assistant Federal Defender Linda C. Allison has taking over this case and requires additional time to conduct investigation and legal research, and to confer with her client about how to proceed in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of August 16, 2018, the date of the parties' stipulation, through and including October 30, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to

Stipulation and [Proposed] Order to Continue Status Conference -1-

prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: August 16, 2018  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for KENLEY BLACK


DATED: August 16, 2018  MCGREGOR W. SCOTT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, August 16, 2018, up to and including August 21, 2018 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the trial confirmation hearing on August 21, 2018 and the jury trial set for October 15, 2018 be vacated and a status conference shall be set for October 30, 2018, at 9:15 a.m.

Dated: August 17, 2018           /s/ John A. Mendez_____
                                 HON. JOHN A. MENDEZ
                                 United States District Court Judge