1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. ALLISON, #179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   KENLEY BLACK
6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9
   UNITED STATES OF AMERICA,          )  Case No. 2:16-cr-062 JAM
10                                     )
                       Plaintiff,      )  AMENDED STIPULATION AND ORDER TO
11                                     )  VACATE THE TRIAL CONFIRMATION
         v.                            )  HEARING AND JURY TRIAL AND SET A
12                                     )  STATUS CONFERENCE, AND TO EXCLUDE
   KENLEY BLACK                        )  TIME
13                                     )
                       Defendant.      )  Date:  August 21, 2018
14                                     )  Time:  9:15 a.m.
                                          Judge: Hon. John A. Mendez
15

16        IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

17 Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and

18 Heather Williams, Federal Defender, through Assistant Federal Defender Linda C. Allison,

19 attorneys for Kenley Black, that the trial confirmation hearing set for August 21, 2018 and the

20 jury trial set for October 15, 2018 be vacated and a status conference be scheduled for October

21 30, 2018 at 9:15 a.m.

22        Assistant Federal Defender Sean Riordan previously represented Mr. Black and is no

23 longer employed with the Federal Defenders Office.  He left our office in July of 2018.

24 Assistant Federal Defender Linda C. Allison has taking over this case and requires additional

25 time to conduct investigation and legal research, and to confer with her client about how to

26 proceed in this case.

27        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

28 excluded as of August 17, 2018, the date of the parties' stipulation, through and including

1    October 30, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to

2    prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense

3    preparation.

4    DATED: August 17, 2018                    Respectfully submitted,

5                                              HEATHER E. WILLIAMS
                                               Federal Defender
6
                                               */s/ Linda C. Allison*
7                                              LINDA C. ALLISON
                                               Assistant Federal Defender
8                                              Attorney for KENLEY BLACK

9

10   DATED: August 17, 2018                    MCGREGOR W. SCOTT
                                               United States Attorney
11
                                               */s/ Justin Lee*
12                                             JUSTIN LEE
                                               Assistant United States Attorney
13                                             Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  ORDER

2  IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3  stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4  its order. The Court specifically finds the failure to grant a continuance in this case would deny

5  counsel reasonable time necessary for effective preparation, taking into account the exercise of

6  due diligence.  The Court finds the ends of justice are served by granting the requested

7  continuance and outweigh the best interests of the public and defendants in a speedy trial.

8  The Court orders from the time of the parties' stipulation, August 17, 2018, up to and

9  including October 30, 2018 shall be excluded from computation of time within which the status

10  conference of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §

11  3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local

12  Code T4).  It is further ordered the trial confirmation hearing on August 21, 2018 and the jury

13  trial set for October 15, 2018 be vacated and a status conference shall be set for October 30,

14  2018, at 9:15 a.m.

15  Dated:  August 17, 2018                    /s/ John A. Mendez_____ ____
                                            HON. JOHN A. MENDEZ
16                                          United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28