| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | JUSTIN L. LEE<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00062-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING RESTITUTION AND ORDER |
| v. | DATE:<br>TIME: |
| KENLEY BLACK, | COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

On July 9, 2019, the parties appeared for judgment and sentencing in this matter. (Minutes, Doc. 86.) At the sentencing hearing, at the request of the defendant, the Court deferred ruling on restitution pending determination if a restitution hearing was necessary. The parties agree and stipulate that a restitution hearing is not necessary and request that the Court impose restitution as set out in the Plea Agreement (Doc. 80 at 3-4) and Final Presentence Investigation Report (Doc. 82 at 27.)

IT IS SO STIPULATED.

///

///

///

///

STIPULATION RE: RESTITUTION

1

Dated: August 27, 2019         MCGREGOR W. SCOTT
                               United States Attorney

                               /s/ JUSTIN L. LEE
                               JUSTIN L. LEE
                               Assistant United States Attorney


Dated: August 27, 2019         /s/ KRESTA DALY
                               KRESTA DALY
                               Counsel for Defendant
                               KENLEY BLACK


# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 27th day of August, 2019.

                               /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE